SEYFARTH SHAW LLP
Jennifer R. Brooks, Nevada Bar No. 14480
jrbrooks@seyfarth.com
2323 Ross Avenue, Suite 1660
Dallas, TX 75201
Telephone: (469) 608-6700
Facsimile: (713) 225-2340

*Counsel for Defendant*
*DISA Global Solutions, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LAWRENCE GUY on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISA GLOBAL SOLUTIONS INC.,<br><br>Defendant. | Case No.: 2:25-cv-01974 |

**STIPULATION OF EXTENSION OF TIME FOR
DEFENDANT DISA GLOBAL SOLUTIONS, INC. TO ANSWER OR OTHERWISE
RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant DISA Global Solutions, Inc. ("DISA") has requested an extension of time to answer, move, or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant DISA Global Solutions, Inc.'s time to answer, move, or otherwise respond to the Complaint in this action is extended from November 10, 2025 through, and including, December 10, 2025. Plaintiff and DISA anticipate engaging in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions. Should the parties' settlement discussions be unable to lead to a resolution, the additional time will afford DISA the opportunity to thoroughly investigate this matter and meaningfully respond to the

CLARK HILL, PLLC
Attorneys at Law
Las Vegas

321390801v.1

specific allegations in Plaintiff's Complaint.  This stipulation is filed in good faith and not intended to cause delay.

    Respectfully submitted, this 7th day of November, 2025.

Dated:  November 7, 2025

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Jennifer R. Brooks*

Jennifer R. Brooks
jrbrooks@seyfarth.com
SEYFARTH SHAW LLP
2323 Ross Avenue, Suite 1660
Dallas, Texas 75201
Telephone: (469) 608-6700
Facsimile: (713) 225-2340

*Counsel for Defendant
DISA Global Solutions, Inc.*

Dated: November 7, 2025

Agreed & Consented to:

SIRI I GLIMSTAD

By:  */s/ Jayson Watkins*

Lee Iglody, Bar No. 7757
IGLODY LAW
2580 St Rose Pkwy #330
Henderson, Nevada 89074
Tel: (702) 425-5366
E: lee@iglody.com

Jayson A. Watkins MO 61434
jwatkins@sirillp.com
Siri I Glimstad
Direct: 929-274-2944
Main: 888-SIRI-LAW
745 Fifth Avenue Suite 500
New York, NY 10151
Sirillp.com
ATTORNEY FOR PLAINTIFF

IT IS SO ORDERED.
DATED: November 12, 2025

_____
UNITED STATES MAGISTRATE JUDGE

321390801v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2025, I presented the foregoing STIPULATION OF EXTENSION OF TIME FOR DEFENDANT DISA GLOBAL SOLUTIONS, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jennifer R. Brooks
Jennifer R. Brooks
*Counsel for Defendant*
*DISA Global Solutions, Inc.*

CLARK HILL, PLLC
Attorneys at Law
Las Vegas

321390801v.1